UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| BOSTON TAXI OWNERS ASSOCIATION, INC. RAPHAEL OPHIR AND JOSEPH PIERRE<br>    PLAINTIFFS<br><br>v.<br><br>CITY OF BOSTON, MASSACHUSETTS,<br>WILLIAM EVANS, BOSTON POLICE COMMISSIONER,<br>DEPARTMENT OF PUBLIC UTILITIES,<br>DEPARTMENT OF TRANSPORTATION,<br>SECRETARY OF STATE, WILLIAM F. GALVIN<br>COMMONWEALTH OF MASSACHUSETTS<br>    DEFENDANTS | Civil Action No.: |

## PLAINTIFFS' EMERGENCY MOTION FOR PRELIMINARY INJUNCTION

NOW COME the above captioned Plaintiffs and request that this Court issue a Preliminary Injunction enjoining the enjoining Defendants from enacting and/or enforcing the amendments to 540 CMR 2.00 and to order the Defendants to enforce certain regulations against so-called Transportation Network Companies. Plaintiffs further rely on their Memorandum of Law in Support of their Emergency Motion for Preliminary Injunction filed herewith.

Respectfully Submitted,
Plaintiffs,
By their Attorneys,


  /s/ Jenifer M. Pinkham
Jenifer M. Pinkham
BBO #658031
Tiffany L. Stichel
BBO #672713
Schlossberg, LLC
35 Braintree Hill Office Park
Suite 204
Braintree, MA 02184
781.848.5028
jpinkham@sabusinesslaw.com

Dated: January 16, 2015
G:\Boston Taxi Owners Association, Inc.-BY007\BTOA v. City of Boston-Comm of Mass-004\Docs\Motion for PI 011515.docx

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 16, 2015.


  /s/ Tiffany L. Stichel
Tiffany L. Stichel