UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| BOSTON TAXI OWNERS ASSOCIATION, INC. SHARON OPHIR AND JOSEPH PIERRE <br>     PLAINTIFFS <br><br> v. <br><br> CITY OF BOSTON, MASSACHUSETTS, WILLIAM EVANS, BOSTON POLICE COMMISSIONER, ANGELA M. O'CONNOR, CHAIRMAN, JOLETTE A. WESTBROOK, COMMISSIONER, ROBERT HAYDEN, COMMISSIONER, DEPARTMENT OF PUBLIC UTILITIES, STEPHANIE POLLACK, TRANSPORTATION SECRETARY, MASSACHUSETTS DEPARTMENT OF TRANSPORTATION, <br>     DEFENDANTS | Civil Action No.: 1:15-cv-10100-NMG |

**ASSENTED TO MOTION TO AMEND TO REMOVE
SHARON OPHIR, AS PERSONAL REPRESENTATIVE OF RAPHAEL OPHIR,
AS PLAINTIFF**

June 8, 2016


Jenifer M. Pinkham
BBO #658031
Tiffany L. Stichel
BBO #672713
Schlossberg, LLC
35 Braintree Hill Office Park
Suite 401
Braintree, MA 02184
781.848.5028
jpinkham@sabusinesslaw.com

*Attorneys for Plaintiffs*

1

Plaintiff, Boston Taxi Owners Association, Inc., pursuant to Fed.R.Civ.P. 15(a)(2), moves to Amend the Complaint to remove Sharon Ophir, as Personal Representative of the Estate of Raphael Ophir as a named party.

In support of this motion, plaintiff states that Sharon Ophir (hereinafter "Ms. Ophir") will not have the time to pursue the claims of the Estate of Raphael Ophir as a Plaintiff in this matter as she is currently administration of her late father's estate, running his insurance business, handling his taxi medallions and operating her law practice. Since her time is quite limited, she is unable to continue as a Plaintiff in this matter.

The Defendant, City of Boston consents to the filing of this Motion.

WHEREFORE, for each and all of the foregoing reasons, plaintiff requests that an order Amending the Complaint to remove Sharon Ophir, Personal Representative of the Estate of Raphael Ophir, as a party plaintiff.

        Respectfully submitted,
        By the Plaintiffs,

        ___/s/ Jenifer M. Pinkham_____
        Jenifer M. Pinkham
        BBO #658031
        Tiffany L. Stichel
        BBO #672713
        Schlossberg, LLC
        35 Braintree Hill Office Park
        Suite 204
        Braintree, MA 02184
        781.848.5028
        jpinkham@sabusinesslaw.com

Dated: June 8, 2016

G:\Boston Taxi Owners Association, Inc.-BY007\BTOA v. City of Boston-Comm of Mass-004\Docs\MotiontoAmend.docx

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 8, 2016.

                                                           /s/ Tiffany L. Stichel
                                                  Tiffany L. Stichel