UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| BOSTON TAXI OWNERS ASSOCIATION, INC. <br> SHARON OPHIR AND JOSEPH PIERRE <br> PLAINTIFFS <br><br> v. <br><br> CITY OF BOSTON, MASSACHUSETTS, <br> WILLIAM EVANS, BOSTON POLICE <br> COMMISSIONER, ANGELA M. O'CONNOR, <br> CHAIRMAN, JOLETTE A. WESTBROOK, <br> COMMISSIONER, ROBERT HAYDEN, <br> COMMISSIONER, <br> DEPARTMENT OF PUBLIC UTILITIES, <br> STEPHANIE POLLACK, TRANSPORTATION <br> SECRETARY, MASSACHUSETTS <br> DEPARTMENT OF TRANSPORTATION, <br> DEFENDANTS | Civil Action No.: 1:15-cv-10100-NMG |

### ASSENTED TO MOTION TO AMEND TO REMOVE
### SHARON OPHIR, AS PERSONAL REPRESENTATIVE OF RAPHAEL OPHIR, AS PLAINTIFF

June 8, 2016

Jenifer M. Pinkham
BBO #658031
Tiffany L. Stichel
BBO #672713
Schlossberg, LLC
35 Braintree Hill Office Park
Suite 401
Braintree, MA 02184
781.848.5028
jpinkham@sabusinesslaw.com

*Attorneys for Plaintiffs*

Motion allowed. S/NMGorton, USDJ 7/15/16

Plaintiff, Boston Taxi Owners Association, Inc., pursuant to Fed.R.Civ.P. 15(a)(2), moves to Amend the Complaint to remove Sharon Ophir, as Personal Representative of the Estate of Raphael Ophir as a named party.

In support of this motion, plaintiff states that Sharon Ophir (hereinafter "Ms. Ophir") will not have the time to pursue the claims of the Estate of Raphael Ophir as a Plaintiff in this matter as she is currently administration of her late father's estate, running his insurance business, handling his taxi medallions and operating her law practice. Since her time is quite limited, she is unable to continue as a Plaintiff in this matter.

The Defendant, City of Boston consents to the filing of this Motion.

WHEREFORE, for each and all of the foregoing reasons, plaintiff requests that an order Amending the Complaint to remove Sharon Ophir, Personal Representative of the Estate of Raphael Ophir, as a party plaintiff.

    Respectfully submitted,
    By the Plaintiffs,

    __/s/ Jenifer M. Pinkham_____
    Jenifer M. Pinkham
    BBO #658031
    Tiffany L. Stichel
    BBO #672713
    Schlossberg, LLC
    35 Braintree Hill Office Park
    Suite 204
    Braintree, MA 02184
    781.848.5028
    jpinkham@sabusinesslaw.com

Dated: June 8, 2016

G:\Boston Taxi Owners Association, Inc.-BY007\BTOA v. City of Boston-Comm of Mass-004\Docs\MotiontoAmend.docx

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 8, 2016.

                                          /s/ Tiffany L. Stichel
                                          Tiffany L. Stichel