UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
Boston Taxi Owners Association, Inc.)
                                    )
            Plaintiff,              )        Civil Action No.
                                    )        1:15-cv-10100-NMG
                                    )
v.                                  )
                                    )
City of Boston et al,               )
                                    )
                                    )
                                    )
            Defendant.              )
_____)

ORDER OF DISMISSAL

___Gorton   D.J.___

In accordance with the Court's Order dated 12/21/2016 granting the defendant's motion to dismiss (dkt. no. 99), it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

__12/22/2016__                                      By the Court,
      Date

                                                    __/s/Stephanie Caruso__
                                                         Deputy Clerk